UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SATURNINO DOROTEO, JR., | ) | Case No. CV 24-9478 FMO (MAAx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DENYING MOTION TO REMAND** |
| WALMART INC., et al. | ) | |
| Defendants. | ) | |

On March 13, 2024, Saturnino Doroteo Jr. ("plaintiff") filed a Complaint in the Los Angeles County Superior Court against Walmart, Inc., Walmart LLC, Wal-Mart Stores, Inc., Walmart Associates, Inc. (collectively, "Walmart") and Aidee Moreno ("Moreno"), asserting claims for, among other things, violations of the California Fair Employment and Housing Act ("FEHA"), Cal. Govt. Code § 12940, et seq., and California Labor Code § 1102.5. (See Dkt. 1, Notice of Removal ("NOR") at ¶ 1 & 9). On April 15, 2024, Walmart removed the action on diversity jurisdiction grounds pursuant to 28 U.S.C. § 1332 and 1441(b), (see id. at ¶ 3), and the court remanded the case. (See id. at ¶ 4). After the superior court dismissed plaintiff's claims against Moreno, the only non-diverse defendant, Walmart again removed the action, asserting diversity jurisdiction. (See id. at ¶ 6).

Now pending is plaintiff's Motion for Order Remanding Action (Dkt. 17, "Motion"). Having reviewed the pleadings and the briefing filed with respect to plaintiff's Motion, the court concludes

1 | that the superior court's order "created a new occasion for removal." Reyes v. Dollar Tree Stores,
2 | Inc., 781 F.3d 1185, 1186 (9th Cir. 2015); see id. at 1188-89.

**This Order is not intended for publication.  Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.**

Based on the foregoing, IT IS ORDERED THAT plaintiff's Motion to Remand **(Document No. 17)** is **denied without prejudice**.

Dated this 3rd day of April, 2025.

                                      /s/
                            Fernando M. Olguin
                         United States District Judge